**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-CV-00836-RM-KMT

KYRA MOULTON

    Plaintiff

    v.

LM GENERAL INSURANCE COMPANY

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

The Plaintiff Kyra Moulton, by and through her undersigned counsel, ZANER HARDEN LAW, LLP, hereby gives notice to the Court of a settlement between the parties. The parties are in the process of exchanging settlement funds and a settlement release and will file a Stipulation for Dismissal in the near term. The Court may vacate any upcoming hearings, including the motions hearing currently scheduled for August 5, 2019 and the telephonic pre-trial conference currently scheduled for August 26, 2019.

DATED: July 29, 2019          Respectfully submitted,

                                                 s/ Elliot Singer
                                                 ***Elliot Singer***
                                                 Zaner Harden Law, LLP
                                                 1610 Wynkoop St., Suite 110
                                                 Denver, CO 80202
                                                 T: (303) 563-5351
                                                 F: (303) 563-5351
                                                 E-Mail: es@zanerhardenlaw.com
                                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 29, 2019, this **NOTICE OF SETTLEMENT** was served by CM/ECF to the following:

Brian J. Spano, Esq.
Lyndsay K. Arundel, Esq.
1200 Seventeenth Street, Suite 3000
Denver, CO 80202-5835
Tel.: 303.623.9000
Email: bspano@lrrc.com
        larundel@lrrc.com

                                          /s/Jenny Koenig
                                          Jenny Koenig