IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-00836-RM-KMT

KYRA MOULTON,

    Plaintiff,

v.

LM GENERAL INSURANCE COMPANY,

    Defendant.

_____

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER, having come before the Court on the Parties' Joint Stipulation for Dismissal With Prejudice (ECF No. 80). The Court, having reviewed the Stipulation and the file and being otherwise fully advised in the premises,

HEREBY ORDERS that the Joint Stipulation for Dismissal with Prejudice is hereby GRANTED, and this case is dismissed with prejudice, each party to pay her/its own attorneys' fees and costs.

Dated this 7th day of August, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge